UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUAN MANUEL CASTRO,<br>Plaintiff. | Case No. 18-01448 BLF (PR)<br>**ORDER OF DISMISSAL** |

On March 6, 2018, Plaintiff, proceeding *pro se*, filed the instant civil rights action pursuant to 42 U.S.C. § 1983.[1] On the same day, the Clerk sent Plaintiff a notice that the *In Forma Pauperis* ("IFP") Application he filed was deficient in that he did not include a certificate of funds in prisoner's account or a prisoner trust account statement. (Docket No. 4.) Plaintiff was advised that failure to respond within twenty-eight days of the notice would result in the dismissal without prejudice of this action without further notice to Plaintiff. (*Id.*) On March 20, 2018, Plaintiff filed a second IFP application without the necessary supporting documentation. (Docket No. 8.)

To date, Plaintiff has failed to pay the filing fee or provide the necessary documentation to complete his IFP application. Accordingly Plaintiff's complaint is

---

[1] This matter was reassigned to this Court on March 23, 2018. (*See* Docket No. 11.)

**DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and deadlines and close the file.

**IT IS SO ORDERED.**

Dated: April 27, 18

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge