UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE JUAN MANUEL CASTRO,<br>Plaintiff. | Case No. 18-01448 BLF (PR)<br><br>~~ORDER OF DISMISSAL~~ Judgment |
|---|---|

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 27, 2018

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.18\01448Castro_judgment.docx